IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01307-DDD-SKC

MICHAEL SANCHEZ,

    Plaintiff,

v.

TRAVELERS INDEMNITY COMPANY,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Motion for Summary Judgment, filed December 8, 2023, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendant, Travelers Indemnity Company, and against Plaintiff, Michael Sanchez, on Defendant's Motion for Summary Judgment. It is further

ORDERED that Plaintiff's complaint and action are dismissed with prejudice.

1

DATED at Denver, Colorado this 18th day of December, 2023.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk